1

2                    **IN THE UNITED STATES DISTRICT COURT**
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
3

4    LAFAYETTE CENTRAL SCHOOL          CASE NO.: 4:24-cv-08278-YGR
     DISTRICT,
5
                    Plaintiff,
6
                                       MDL NO.: 3047
7    vs.

8    META PLATFORMS, INC. F/K/A/
     FACEBOOK, INC., INSTAGRAM, LLC,
9    FACEBOOK PAYMENT, INC., SICULUS,  **PROOF OF SERVICE**
     INC., FACEBOOK OPERATIONS, LLC,
10   FACEBOOK HOLDING, LLC, META
11   PAYMENTS INC., BYTEDANCE LTD.,
     BYTEDANCE INC., TIKTOK LTD, TIKTOK
12   LLC, TIKTOK INC., SNAP INC., GOOGLE
     LLC, AND YOUTUBE, LLC,
13
                    Defendants.
14

15       Plaintiff by and through its undersigned counsel, hereby submits proof of service, attached

16   as Exhibit A, pursuant to the Stipulated Implementation Order Governing Adoption of Master

17   Complaint, as amended.

18
         Dated this 7ᵗʰ day of January, 2025.
19

20

21                                      /s/ Austin Brane
                                        Austin Brane
22                                      Wagstaff & Cartmell LLP
                                        4740 Grand Ave., Ste. 300
23                                      Kansas City, MO 64112
                                        Phone: (816) 701-1100
24                                      Fax: (816) 531-2372
                                        abrane@wcllp.com
25

26                                      ATTORNEY FOR PLAINTIFF

27

28
     PROOF OF SERVICE - 1

# EXHIBIT A

| Document Submission Summary Report<br>Social Media Adolescent Addiction<br>(11/18/24 to 11/26/24) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MDLC ID | Plaintiff Name | Law Firm | Jurisdiction | Document Type | Document ID | Date Uploaded | Produced? | Date Produced |
| 4591 | LaFayette Central School District | Wagstaff & Cartmell, LLP | MDL | File-Stamped Short Form Complaint - School District/Government Entity | 43290 | 11/21/2024 | Yes | 11/21/2024 |
| 4591 | LaFayette Central School District | Wagstaff & Cartmell, LLP | MDL | Civil Cover Sheet | 43291 | 11/21/2024 | Yes | 11/21/2024 |
| 4591 | LaFayette Central School District | Wagstaff & Cartmell, LLP | MDL | Summons | 43615 | 11/22/2024 | Yes | 11/22/2024 |

© 2024 BrownGreer PLC